UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL 338, RWDSU,

                Plaintiff,

-against-

TRADE FAIR SUPERMARKETS a/k/a
TRADE FARE SUPERMARKETS,

                Defendant.
------------------------------------------------------------------X

JUDGMENT
06-CV- 3215 (BMC)

      An Order of Honorable Brian M. Cogan, United States District Judge, having been issued on November 28, 2006, for the reasons stated on the record in open court, granting plaintiff's motion for summary judgment; denying defendant's motion; confirming the arbitration award; and directing the parties to compute the period during which the employee was covered; it is

      ORDERED and ADJUDGED that judgment is hereby entered that plaintiff's motion for summary judgment is granted; that defendant's motion is denied; that the arbitration award is confirmed; and that the parties are directed to compute the period during which the employee was covered.

Dated: Brooklyn, New York
         June 26, 2007

ROBERT C. HEINEMANN
Clerk of Court